# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145577-84(132)

PATRICK A. RUGIERO,
      Plaintiff-Appellant,

v

ANTONIETTA M. DINARDO,
      Defendant-Appellee.
_____/

SC: 145577-84
COA: 301829, 302192, 302228,
     302936, 302963, 303259,
     303707, 307630
Wayne CC Family Division:
07-730628-DC

      On order of the Court, the motion for reconsideration and clarification of this Court's April 3, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

Clerk